Submitted on record and briefs December 30, 1977, reversed and remanded March 1, 1978

POWELL, *Petitioner,*
*v.*
EMPLOYMENT RELATIONS BOARD et al,
*Respondents.*
(No. C-95-76, CA 8297)
575 P2d 175

William F. Greer, Jr., and Erickson & Greer, Tualatin, filed the brief for petitioner.

James A. Redden, Attorney General, Al J. Laue, Solicitor General, and James C. Rhodes, Assistant Attorney General, Salem, filed the brief for respondent Employment Relations Board.

No appearance for respondent Monmouth Police Officers Association.

Before Schwab, Chief Judge, and Thornton, Tanzer and Buttler, Judges.

PER CURIAM.

## PER CURIAM.

The parties agree that *LaGrande/Astoria v. PERB,* 281 Or 137, 576 P2d 1204 (1978), and *State ex rel Haley v. City of Troutdale,* 281 Or 203, 576 P2d 1238 (1978), require reversal.

Reversed and remanded.